AFFIDAVIT OF INDIGENCE

CAUSE NO. _____

IN THE COURT OF CRIMINAL
APPEALS OF TEXAS

THE STATE OF TEXAS:
COUNTY OF AUSTIN:

The undersigned makes this affidavit in connection with the filing of the above-numbered and entitled cause without the posting of a security deposit and for the purpose of having citation issued in accordance with Texas Rule of Civil Procedure 145 and Texas Rule of Appellate Procedure 20.1. (The items applicable to the undersigned and checked and the information called for is furnished under penalties of perjury.)

1. Basis for indigence: I am unable to pay a court cost because:

I am presently receiving a government entitlement based on indigence as follows (describe nature and amount of government entitlement):

Supplemental Nutrition Assistance Program (SNAP) benefits at $194 per month until the month of October, 2015 and have been approved for assistance under the Workforce Investment Act.

and

I have no ability to pay court costs based on facts set out below.

2. Employment information:

I am not now employed; the last time I was employed was on March 3, 2015 to March 19, 2015 at Amazon Fulfillment Center, located at 700 Westport Pkwy, Fort Worth, TX 76177. Due to medical reason (pulmonay embolism), I was forced to resign from the aforementioned employer.

3. Income from sources other than employment:

I have no income which is derived from employment, as I am currently unemployed, no do I have income which is derived such as interest, dividends, annuities, etc.

4. I am single and have no Income from a Spouse.

1

AFFIDAVIT OF INDIGENCE

5. Property:

I own no property and no interest in any property.

6. Bank Accounts: (statements attached hereto, and incorporated herein)

| Bank | Type of Account | Amount |
|------|-----------------|--------|
| MB Financial Bank | Checking | $2.33 |

7. Dependents:
I have no dependents.

8. Debts:

I have the following debts:

| Creditor | Amount |
|----------|--------|
| John Peter Smith Hospital | $42,920.40 |

9. I have the no monthly expenses. I am currently living with an immediate family member, i.e., sister, who pays added electric and water utilities incurred by my presence and living with her.

10. Attorneys:  I am not represented by an attorney in this court nor was I represented by an attorney in the trial court.


I, Jason Childress, Affiant herein, am Indigent and unable to pay the costs of court. Further, I am unable to provide the required 11 copies pursuant to T.R.A.P. Rule 9.3. (b) (1) and request that requirement be waived. I verify that the statements made in this affidavit are true and correct..

Respectfully submited,

/s/: Jason Childress
Affiant,
Jason T. Childress

Signed this the  3rd  day of  August  , 2015.

2

AFFIDAVIT OF INDIGENCE

## **VERIFICATION**

Executed without the United States:

Pursuant to 28 U.S. Code § 1746 (a): I, Jason Truman Childress, Affiant herein, **in lieu of Notarization of this document, due to an inability to pay therefor**, do declare, certify, verify and state under penalty of perjury under the laws of the United States of America that I am a living man, of lawful age and facts ans statements made herein by me are true and correct.

Executed on this _3rd_ day of _August_, 2015.

/s/: Jason Childress

Jason Childress
9141 Gristmill Ct.
Fort Worth, Texas

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
P O BOX 149029
AUSTIN, TEXAS 78714-9029



**Need help?**

   Call 2-1-1 or 1-877-541-7905

If you have a hearing or speech disability,
call 7-1-1 or any relay service.

**All numbers are free to call.**

**Date:** 06/15/2015

**Case Number:** 1025563950

JASON CHILDRESS
9141 GRISTMILL CT
FORT WORTH TX 76179-5007

# Notice about your case:

## SNAP Food Benefits

**EDG number:** 632939553

| Who gets SNAP Food Benefits | | |
|---|---|---|
| Name | Date | Monthly Amount |
| Jason Childress | 07/01/2015 - 10/31/2015 | $ 194.00 |

1937



**ADP**
**400 COVINA BOULEVARD**
**M/S 214**
**SAN DIMAS, CA 91773**
**Forward Service Requested** **UNITED STATES OF AMERICA**

JASON CHILDRESS
9141 GRISTMILL CT
FORT WORTH, TX 76179-5007
UNITED STATES

| | |
|---|---|
| Customer Service: | 877-237-4321 |
| Card Number: | XXXX XXXX XXXX 1865 |
| Period Start Date: | 03/05/2015 |
| Period End Date: | 04/04/2015 |

## Summary Of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $0.00 | $790.13 | -$787.80 | $2.33 |

## Account Transaction Activity

| Merchant Name | Posted Date(M/D/Y) | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| #04102 ALBERTSONS #04102 ALBERTSONS SAGINAW, Texas 76179 United States of America | 03/31/2015 | 509013119262 | Purchase of Goods or Services | | -$3.99 |
| HASLET POPEYES HASLET, Texas 76052 United States of America | 03/31/2015 | 508921002883 | Purchase of Goods or Services | | -$8.06 |
| CT 7-11 741 W BAILEY BOSWEL SAGINAW, Texas United States of America | 03/30/2015 | 001900557847 | ATM Cash Withdrawal | | -$220.00 |
| PAPA JOHN'S 03545.COM 817-236-7676, Texas 76179 United States of America | 03/28/2015 | 508722000396 | Purchase of Goods or Services | | -$13.40 |
| AMAZON COM KYDC | 03/27/2015 | 180376880638 | ACH Load Credit | $218.64 | |
| PAPA JOHN'S 03545.COM 817-236-7676, Texas 76179 United States of America | 03/26/2015 | 508527000307 | Purchase of Goods or Services | | -$13.40 |
| WWW.NEWEGG.COM 800-390-1119, California 91745 United States of America | 03/25/2015 | 508420000972 | Purchase of Goods or Services | | -$5.98 |
| CT 7-11 741 W BAILEY BOSWEL SAGINAW, Texas United States of America | 03/22/2015 | 001892517386 | ATM Cash Withdrawal | | -$320.00 |
| AMAZON COM KYDC | 03/20/2015 | 575028884703 | ACH Load Credit | $348.11 | |
| WM SUPERC Wal-Mart Sup WM SUPERC Wal-Mart Sup SAGINAW, Texas United States of America | 03/18/2015 | 000000588427 | Purchase of Goods or Services | | -$22.84 |
| INTERACTIVE LIFE FORMS LL 888-8044453, Texas 78744 United States of America | 03/15/2015 | 507421900018 | Purchase of Goods or Services | | -$76.97 |
| CT 7-11 741 W BAILEY BOSWEL SAGINAW, Texas United States of America | 03/14/2015 | 001884914664 | ATM Cash Withdrawal | | -$100.00 |
| Wal-Mart Super Center Wal-Mart Super Center SAGINAW, Texas 76179 United States of America | 03/13/2015 | 031391651102 | Purchase of Goods or Services | | -$3.16 |
| AMAZON COM KYDC | 03/13/2015 | 971339821260 | ACH Load Credit | $223.38 | |
| | | | **Totals** | **$790.13** | **-$787.80** |



**Forward Service Requested**

**ADP**
**400 COVINA BOULEVARD**
**M/S 214**
**SAN DIMAS, CA 91773**
**UNITED STATES OF AMERICA**

JASON CHILDRESS
9141 GRISTMILL CT
FORT WORTH, TX 76179-5007
UNITED STATES

Customer Service:     877-237-4321
Card Number:          XXXX XXXX XXXX 1865
Period Start Date:    04/05/2015
Period End Date:      05/04/2015

## Summary Of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $2.33 | $0.00 | $0.00 | $2.33 |

No Account Transaction Activity for this period.



**ADP
400 COVINA BOULEVARD
M/S 214
SAN DIMAS, CA 91773
UNITED STATES OF AMERICA**

**Forward Service Requested**

```
JASON CHILDRESS
9141 GRISTMILL CT
FORT WORTH, TX 76179-5007
UNITED STATES
```

Customer Service:    877-237-4321
Card Number:        XXXX XXXX XXXX 1865
Period Start Date:   05/05/2015
Period End Date:    06/04/2015

## Summary Of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $2.33 | $0.00 | $0.00 | $2.33 |

No Account Transaction Activity for this period.



**ADP**
**400 COVINA BOULEVARD**
**M/S 214**
**SAN DIMAS, CA 91773**
**UNITED STATES OF AMERICA**

**Forward Service Requested**

```
JASON CHILDRESS
9141 GRISTMILL CT
FORT WORTH, TX 76179-5007
UNITED STATES
```

Customer Service:  877-237-4321
Card Number:      XXXX XXXX XXXX 1865
Period Start Date:  06/05/2015
Period End Date:   07/04/2015

## Summary Of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $2.33 | $0.00 | $0.00 | $2.33 |

No Account Transaction Activity for this period.

## Balance/Transaction History

### Card Information

| | |
|---|---|
| **Cardholder Name:** | JASON CHILDRESS |
| **Actual Balance:** | $2.33 |
| **Available Balance:** | $2.33 |
| **Card Number:** | XXXX XXXX XXXX 1865 |
| **Expiration Date [MM/YY]:** | 06/20 |
| **Status:** | Active |

**Note:** Your Available Balance may differ from your Actual Balance due to pending transactions that have not yet posted to your account.

### Pending Transactions

**No pending transactions found.**

### Posted Transactions

#### Posted Transaction Details

| Posted Date(M/D/Y) | Merchant/Location | Description | Amount | Actual Balance | Available Balance |
|---|---|---|---|---|---|
| 03/31/2015 | #04102 ALBERTSONS #04102 ALBERTSONS SAGINAW TX 76179 | Purchase of Goods or Services | -$3.99 | $2.33 | $2.33 |
| 03/31/2015 | HASLET POPEYES HASLET TX 76052 | Purchase of Goods or Services | -$8.06 | $6.32 | $6.32 |
| 03/30/2015 | CT 7-11 741 W BAILEY BOSWEL SAGINAW TX | ATM Cash Withdrawal | -$220.00 | $14.38 | $14.38 |
| 03/28/2015 | PAPA JOHN'S 03545.COM 817-236-7676 TX 76179 | Purchase of Goods or Services | -$13.40 | $234.38 | $234.38 |
| 03/27/2015 | AMAZON COM KYDC | ACH Load Credit | $218.64 | $247.78 | $247.78 |
| 03/26/2015 | PAPA JOHN'S 03545.COM 817-236-7676 TX 76179 | Purchase of Goods or Services | -$13.40 | $29.14 | $29.14 |
| 03/25/2015 | WWW.NEWEGG.COM 800-390-1119 CA 91745 | Purchase of Goods or Services | -$5.98 | $42.54 | $29.14 |
| 03/22/2015 | CT 7-11 741 W BAILEY BOSWEL SAGINAW TX | ATM Cash Withdrawal | -$320.00 | $48.52 | $48.52 |
| 03/20/2015 | AMAZON COM KYDC | ACH Load Credit | $348.11 | $368.52 | $368.52 |
| 03/18/2015 | WM SUPERC Wal-Mart Sup WM SUPERC Wal-Mart Sup SAGINAW TX | Purchase of Goods or Services | -$22.84 | $20.41 | $20.41 |

Page **1 2** | **Next**

# JPS Health Network

# Eligibility and Enrollment Department

**This patient has been approved for JPS Connection plan:** JPS Connection Tier 1 Approved

**Name:** JASON    CHILDRESS    **Participant #:** _____

**Additional Family Members:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Address:** 9141 GRISTMILL CT
FORT WORTH TX 76179

**Start Date:** 04/25/2015    **Expiration Date:** 04/25/2016

**Eligibility Screener:** Julie _____

# JPS Connection Program Copay
## Effective November 1, 2014

| JPS Centered in Care Powered by Pride | Homeless | JPSC | JPSC Supplemental to Medicare/Insurance |
|---|---|---|---|
| | Copay | Copay | Copay |
| **Outpatient Visit** Primary /Specialty Care | $0 | $5 | $5 |
| **Urgent Care** | $0 | $25 | $25 |
| **Emergency Room Visit** (x 2) | $0 | $250 | $250 |
| **Inpatient Hospitalization** 12 days | $0 | $200 Maximum | $200 Maximum |
| | $0 ea add day | $100 ea add day | $100 ea add day |
| **Colonoscopy and Mammogram (Preventive/Screening)** | $0 | $0 | $0 |
| **Physical Therapy** | $0 | $5 Per Visit | $5 Per Visit |
| **Radiation Therapy Chemotherapy** | $0 | $10 Per Visit | $10 Per Visit |
| **Lab/Radiology Other Testing/Treatments Level I & II** | $0 | $0 | $0 |
| **Lab/Radiology Level III, Diagnostic Colonoscopy Diagnostic Mammography** | $0 | $50 | $50 |
| **Outpatient Surgery Cardiac Cath, Angio, I/R** | $0 | $150 | $150 |
| **Diabetic Supplies** | $0 | $10 | According to Plan Documents |
| **Prescription Drugs Tier I generic (Limit 5, 30 day supply)** | $0 | $5 | According to Plan Documents |
| **Prescription Drugs Tier II non- generic (Limit 5, 30 day supply)** | $0 | $10 | According to Plan Documents |
| **Prescription Drugs Tier III (Limit 5, 30 day supply)** | $0 | $20 | According to Plan Documents |

*Kade Rutherford*

**Kade Rutherford**
**Executive Director, Revenue Cycle**

↑ your copay

Revised 10/30/14



PO Box 916046 ♦ Fort Worth TX 76191
Telephone: (844) 219-4565

Thank you for choosing JPS Health Network. We hope to continue serving your healthcare needs. All insurance carriers were billed and have processed your claim. The outstanding balance is now due. If you have any questions or concerns about your bill, please contact our Customer Service Department at (844) 219-4565 between the hours of 8:00 am to 5:00 pm.

Thank you in advance for your cooperation and prompt attention to this matter. We look forward to serving you and your family in the future.

## STATEMENT

*Paula on 7/27/2015*

## Summary

| | |
|---|---|
| Guarantor Name | CHILDRESS, JASON |
| Statement Date | 07/17/2015 |
| Account Number | 060001989379 |
| Total Patient Responsibility | 42,920.40 |
| Payments | 0.00 |
| Adjustments | 0.00 |

Account details on reverse side of this statement

| **Total Left to Pay** | **$42,920.40** |
|---|---|

**Nature is important ... So is convenience!**

To make a payment, update your information, and more, visit:

**www.medbilloffice.com/jpshn**
**use Record Locator #: 3436550**

**FOR BILLING QUESTIONS: Please call**

JPS Health Network
Business Office
**Toll Free: (844) 219-4565**
Monday – Friday 8:00 am to 5:00 pm

**INSURANCE INFORMATION**

**Company Name:** SELF PAY
**Policy Holder:** CHILDRESS,JASON
**Policy Number:**

For your privacy, a portion of the policy number has been hidden. Please contact us with any changes or corrections.

| Date of Last Payment | Amount of Last Payment |
|---|---|
| | $0.00 |

*Space only permits for a limited number of accounts. Please call our office with any billing questions.*

## PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

***Please Detach Lower Portion and Return With Payment***

808CSFPRS03241000000227

---

JPS Health Network Business Office
PO Box 1660
Greeley CO 80632-1660
ADDRESS SERVICE REQUESTED

July 17, 2015

3436550-2410000227    638460225

Jason Childress
9141 Gristmill Ct
Fort Worth TX 76179-5007



**To make payment online, go to**
**www.medbilloffice.com/jpshn and**
**use Record Locator # 3436550**

**SEND ALL PAYMENTS TO:**

JPS Health Network
Business Office
PO Box 916046
Fort Worth TX 76191-6046

| Statement Date | Total Left To Pay | Account Number |
|---|---|---|
| 07/17/2015 | $42,920.40 | 060001989379 |
| **Payment Due Date:**<br>Upon Receipt of Statement | | |